[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1215.]

DUBOSE ET AL., APPELLEES, *v.* AKRON PUBLIC SCHOOLS, APPELLANT.

[Cite as *DuBose v. Akron Pub. Schools*, 1999-Ohio-295.]

*Appeal dismissed as improvidently allowed—Court of appeals' opinion ordered not to be published.*

(No. 98-1179—Submitted April 20, 1999—Decided May 26, 1999.)

APPEAL from the Court of Appeals for Summit County, No. 18707.

————————————

*Taubman & Nager* and *Bruce D. Taubman*, for appellees.

*Joyce V. Kimbler*, for appellant.

————————————

{¶ 1} This cause is dismissed, *sua sponte*, as having been improvidently allowed.

{¶ 2} The court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may not be cited as authority except by the parties *inter se*.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————